PD-0747-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/18/2015 11:04:23 AM
Accepted 6/19/2015 2:26:17 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

**SARAH ELIZABETH WESTFALL**

**VS.**

**THE STATE OF TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

**I THE SECOND COURT OF APPEALS**

**FORT WORTH**

**NO. 02-15-00052-CR**

**APPEALED FROM CRIMINAL DISTRICT COURT THREE**

**TARRANT COUNTY, TEXAS**

**TRIAL NUMBER C-3-010301-1250231-AP**

**MOTION TO EXTEND TIME OF FILING OF PETITION FOR DISCRETIONARY**

**REVIEW TO THE COURT OF CRIMINAL APPEALS.**

This motion is brought by the Applicant **SARAH ELIZABETH WESTFALL,** who moves the Court to permit him to file this Application late and would show the Court the following:

**I**

The opinion of the Court of Appeals is dated May 14, 2015. The correct statutory time for filing a Petition for Discretionary Review is within 30 days, June 12, 2015.

This motion is brought within 15 days of June 12, 2015.

**II.**

The attorney for the applicant has within the last 45 days served as chief counsel in two felony and several misdemeanor jury trials. The time and effort in the preparation of the aforementioned jury trials caused the counsel for the Applicant to not file the Petition for Discretionary Review within the 30 days. As a result of the

aforementioned activities counsel for Appellant, reasonably believes that the Petitioner for Discretionary Review will be filed with this Court within thirty (30) days of the June 12, 2015, date.

The granting of this motion should not delay any action that would otherwise take place.

WHEREFORE PREMISES CONSIDERED, Applicant prays that this Court grant this request to file the Petition for Discretionary Review.

Respectfully submitted,

/s/ Abe Factor_____
Abe Factor
Attorney for Appellant
State Bar No.  06768500

FACTOR & CAMPBELL
5719 Airport Freeway
Fort Worth, TX  76117
(817) 222-3333
(817) 222-3330 (fax)
lawfactor@yahoo.com

## CERTIFICATE OF SERVICE

I, ABE FACTOR, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING INSTRUMENT HAS BEEN DELIVERED TO THE ATTORNEY FOR THE STATE AND TO THE STATE PROSECUTING ATTORNEY AUSTIN, TEXAS.

On this the 18th day of June, 2015.

/s/ Abe Factor_____
Abe Factor